USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-1392 UNITED STATES, Appellee, v. ERNIE SANTIAGO, Defendant, Appellant. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Michael A. Ponsor, U.S. District Judge] ____________________ Before Torruella, Chief Judge, Stahl and Lynch, Circuit Judges. ____________________ Antoinette L. Hall and Payne & Hall on brief for appellant. Donald K. Stern, United States Attorney, and Andrew Levchuk, Assistant  United States Attorney, on Motion for Summary Disposition for appellee. ____________________ April 14, 1997 ____________________ Per Curiam. Upon careful review of the record, appellant's brief, and the government's motion for summary disposition,  we  perceive  no error in appellant's sentence as an armed career criminal under 18 U.S.C. S 924(e)(1). His three prior convictions properly were counted against him, because they  involved  different  dates, locations, and victims; it makes no  difference  that  two  of the convictions were consolidated for sentencing or that all three of the sentences were made concurrent. See United States v. Riddle, 47 F.3d 460, 461-62 (1st Cir. 1995).  Affirmed. See 1st Cir. Loc. R. 27.1. -2-